# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THOMAS R. MOONEY, | ) | |
| | ) | 8:04CV226 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| FEDERATED MUTUAL INSURANCE COMPANY, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the parties' joint motion and stipulation for an extension of the progression order deadlines (Filing No. 67). The parties request a thirty (30) day extension of the deposition deadline, non-expert witness disclosure deadline, and the deadline for filing motions for summary judgment set forth in the Court's Final Progression Order (Filing No. 44). Upon consideration,

**IT IS ORDERED:**

1. The parties' joint motion and stipulation for an extension of the progression order deadlines (Filing No. 67) is granted.

2. The deposition deadline is extended to **September 30, 2005.**

3. The deadline for non-expert witness disclosure is extended to **September 1, 2005.**

4. The deadline for filing motions for summary judgment is extended to **October 26, 2005.**

DATED this 3rd day of August, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge