**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA**

| | |
|---|---|
| THOMAS R. MOONEY, an individual, | Case No. 8:04-cv-00226-FG3 |
| Plaintiff, | |
| v. | |
| FEDERATED MUTUAL INSURANCE COMPANY, a Minnesota corporation, and FEDERATED LIFE INSURANCE COMPANY, a Minnesota corporation, and FEDERATED MUTUAL INSURANCE COMPANY CAREER GROWTH BONUS PLAN, a purported E.R.I.S.A. employee pension benefit plan, | **ORDER** |
| Defendants. | |

THIS MATTER IS BEFORE THE COURT on the second unopposed motion of Defendants, Federated Mutual Insurance Company, Federated Life Insurance Company, and Federated Mutual Insurance Company Career Growth Bonus Plan ("Federated"), for an additional 1-week extension of time until August 18, 2005 to file their response to Plaintiff's *Daubert* Motion to Exclude Expert Testimony. Upon consideration and for good cause shown,

**IT IS ORDERED:**

1. Defendants' Motion for Extension (Filing No. 69) is granted.

2. Defendants shall have to **on or before August 18, 2005** to file and serve their response to Plaintiff's Motion to Exclude Expert Testimony (Filing No. 60).

Dated this 11th day of August, 2005.

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge

Prepared and submitted by:

        FEDERATED MUTUAL INSURANCE
        COMPANY, FEDERATED LIFE
        INSURANCE COMPANY, and
        FEDERATED MUTUAL INSURANCE
        COMPANY CAREER GROWTH
        BONUS PLAN, Defendants


By:  s/Christopher R. Hedican
      Christopher R. Hedican (#19744)
      Heidi A. Guttau-Fox (#21570)
      Baird, Holm, McEachen, Pedersen,
      Hamann & Strasheim LLP
      1500 Woodmen Tower
      Omaha, NE 68102-2068
      (402) 344-0500
      (402) 231-8552 (facsimile)
      chedican@bairdholm.com

      and

By:  s/Gregory J. Stenmoe
      Gregory J. Stenmoe (Pro Hac Vice)
      Jason M. Hedican (Pro Hac Vice)
      Briggs and Morgan, P.A.
      2200 IDS Center
      80 South Eighth Street
      Minneapolis, MN 55402
      (612) 977-8400
      (612) 977-8650

      *ATTORNEYS FOR DEFENDANTS*