**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**

| | |
|---|---|
| THOMAS R. MOONEY, an individual, | Case No. 8:04-cv-00226-FG3 |
| Plaintiff, | |
| v. | |
| FEDERATED MUTUAL INSURANCE COMPANY, a Minnesota corporation, and FEDERATED LIFE INSURANCE COMPANY, a Minnesota corporation, and FEDERATED MUTUAL INSURANCE COMPANY CAREER GROWTH BONUS PLAN, a purported E.R.I.S.A. employee pension benefit plan, | ORDER |
| Defendants. | |

The Stipulation of the parties (filing No. 79) is hereby granted.  The parties shall follow the dates set forth in filing No. 79.

Dated this 30th day of August, 2005.

                                                    s/Joseph F. Bataillon
                                                    Joseph Batallion
                                                    United States District Judge

Prepared and submitted by:

FEDERATED MUTUAL INSURANCE COMPANY, FEDERATED LIFE INSURANCE COMPANY, and FEDERATED MUTUAL INSURANCE COMPANY CAREER GROWTH BONUS PLAN, Defendants

s/Christopher R. Hedican
Christopher R. Hedican (#19744)
Baird, Holm, McEachen, Pedersen, Hamann & Strasheim LLP
1500 Woodmen Tower
Omaha, NE 68102-2068
(402) 344-0500
(402) 231-8552 (facsimile)
chedican@bairdholm.com

and

s/Gregory J. Stenmoe
Gregory J. Stenmoe (Pro Hac Vice)
Jason M. Hedican (Pro Hac Vice)
Briggs and Morgan, P.A.
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 977-8400
(612) 977-8650

*ATTORNEYS FOR DEFENDANTS*

*DOCS/690252.1*