IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

**THOMAS R. MOONEY, an individual,**

        **Plaintiff,**                                    **8:04CV226**

        **vs.**

**FEDERATED MUTUAL INSURANCE COMPANY, a Minnesota corporation, and FEDERATED LIFE INSURANCE COMPANY, a Minnesota corporation, and FEDERATED MUTUAL INSURANCE COMPANY CAREER GROWTH BONUS PLAN, a purported E.R.I.S.A. employee pension benefit plan,**         **ORDER**

        **Defendants.**

This matter is before the court on the plaintiff's Motion to File Answer Out of Time (Filing No. 86). The plaintiff seeks to file his reply to the defendants' amended counterclaim out of time. The plaintiff states he inadvertently failed to file a timely reply. The plaintiff states the defendants do not oppose the motion. Upon consideration and for good cause shown,

    **IT IS ORDERED:**

    1.    The plaintiff's Motion to File Answer Out of Time (Filing No. 86) is granted.

    2.    The plaintiff is given to **on or before September 26, 2005**, in which to file its reply to the defendants' amended counterclaim out of time.

DATED this 13th day of September, 2005.

                                                    BY THE COURT:

                                                    s/Thomas D. Thalken
                                                    United States Magistrate Judge