IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THOMAS R. MOONEY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV226 |
| | ) | |
| vs. | ) | |
| | ) | |
| FEDERATED MUTUAL INSURANCE COMPANY, a Minnesota corporation, and FEDERATED LIFE INSURANCE COMPANY, a Minnesota corporation, and FEDERATED MUTUAL INSURANCE COMPANY CAREER GROWTH BONUS PLAN, a purported E.R.I.S.A. employee pension benefit plan, | ) ) ) ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

Upon consideration, the Defendants' Unopposed Motion for Extension (Filing No. 90) is granted. The Court hereby grants an additional two (2) week extension of the deadlines set forth in the Court's August 25, 2005 Order (Filing No. 78) which were previously extended by the parties' Stipulation (Filing No. 79) and the Court's Order (Filing No. 80). Accordingly,

IT IS ORDERED:

1. Defendants shall have to **on or before October 4, 2005** to file their brief addressing issues involving the ERISA plan and preemption.

2. Plaintiff shall have to **on or before October 18, 2005** to file their responsive brief addressing issues involving the ERISA plan and preemption.

3. Defendants shall have to **on or before October 25, 2005** to file their reply brief.

Dated this 16th day of September, 2005.

s/ Joseph F. Bataillon
United States District Judge

Prepared and submitted by:

FEDERATED MUTUAL INSURANCE COMPANY, FEDERATED LIFE INSURANCE COMPANY, and FEDERATED MUTUAL INSURANCE COMPANY CAREER GROWTH BONUS PLAN, Defendants

s/Heidi A. Guttau-Fox
Christopher R. Hedican (#19744)
Heidi A. Guttau-Fox (#21570)
Baird, Holm, McEachen, Pedersen, Hamann & Strasheim LLP
1500 Woodmen Tower
Omaha, NE 68102-2068
(402) 344-0500
(402) 231-8552 (facsimile)
chedican@bairdholm.com

and

s/Gregory J. Stenmoe
Gregory J. Stenmoe (Pro Hac Vice)
Jason M. Hedican (Pro Hac Vice)
Briggs and Morgan, P.A.
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 977-8400
(612) 977-8650

*ATTORNEYS FOR DEFENDANTS*