## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

THOMAS R. MOONEY, an individual,

                            Plaintiff,

            vs.

FEDERATED MUTUAL INSURANCE
COMPANY, a Minnesota corporation, and
FEDERATED LIFE INSURANCE
COMPANY, a Minnesota corporation, and
FEDERATED MUTUAL INSURANCE
COMPANY CAREER GROWTH BONUS
PLAN, a purported E.R.I.S.A. employee
pension benefit plan,

                            Defendants.

Case No. 8:04-cv-00226-FG3

**ORDER OF DISMISSAL
WITH PREJUDICE**

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the Stipulation of the parties to dismiss the above-referenced matter with prejudice came on for hearing.  The Stipulation is granted and it is HEREBY ORDERED that all claims and counterclaims asserted in the above-referenced matter are dismissed with prejudice against Defendants, Federated Mutual Insurance Company, Federated Life Insurance Company, and Federated Mutual Insurance Company Career Growth Bonus Plan and Plaintiff Thomas R. Mooney, each party to bear their own costs and attorney fees.

DATED this 15th day of November, 2005.

                            BY THE COURT:


                            s/ Joseph F. Bataillon
                            U.S. District Court Judge

Prepared and Submitted By:

s/Christopher R. Hedican
Christopher R. Hedican (#19744)
Baird, Holm, McEachen, Pedersen,
  Hamann & Strasheim LLP
1500 Woodmen Tower
Omaha, NE  68102
402-344-0500
402-231-8552 (facsimile)
chedican@bairdholm.com

and

s/Gregory J. Stenmoe
Gregory J. Stenmoe (Pro Hac Vice)
Jason M. Hedican (Pro Hac Vice)
Briggs and Morgan, P.A.
2200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
612-977-8400
612-977-8650 (facsimile)
gstenmoe@briggs.com
jhedican@briggs.com

*Attorneys for Defendants*


Approved By:

s/W. Patrick Betterman
W. Patrick Betterman (#10306)
Law Offices of W. Patrick Betterman
12829 West Dodge Rd., Ste. 202
Omaha, NE  68154-2188
402-333-3334
402-333-4113 (facsimile)
pat@betterlaw.com

*Attorneys for Plaintiff*

**DOCS/703057.1**